IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HARMON,

    Plaintiff,	No. CIV S-08-2736 FCD EFB

  vs.

AGRIUM U.S., INC.,

    Defendant.	<u>ORDER</u>
_____/

        On June 23, 2009, the parties and counsel met in settlement conference. The case settled. Appearances and the terms of the settlement were placed on the record.

        All previously scheduled dates in this case are vacated. A dismissal, and other settlement documents, if appropriate, shall be filed no later than thirty days from the filed date of this order.

        As stated at hearing, the court retains jurisdiction to enforce the terms of settlement.

Dated: 06/24/09	/s/ Gregory G. Hollows
                                                                          U.S. MAGISTRATE JUDGE

harmon2736.set

1