1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
   508 Forbes Avenue, 2nd Floor South
6  Yuba City, California 95991
   Telephone: (530) 751-1695
7  Facsimile:  (530) 751-2384

8  Attorneys for Plaintiff

9  SHEPPARD, MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
10   Including Professional Corporations
   DEBORAH L. MARTIN, Cal. Bar No. 172634
11 MORGAN P. FORSEY, Cal. Bar No. 241207
   Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone: 415-434-9100
13 Facsimile: 415-434-3947

14 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HARMON, | **CASE NO.**:  2:08-CV-02736-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii)** |
| vs. | |
| AGRIUM U.S., INC., | |
| Defendant. | Complaint filed on July 30, 2008 |

**STIPULATION AND ORDER TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P.41(a)(1)(ii)**
**CASE NUMBER:  2:08-CV-02736-FCD-EFB**

## **STIPULATION FOR DISMISSAL**

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party bearing its own costs and fees incurred in connection with this litigation.

**SO STIPULATED.**

DATED: July 21, 2009 By: /s/ Elizabeth S. Mancl, authorized for filing 7/21/09
ELIZABETH S. MANCL
Attorney for Plaintiff


DATED: July 21, 2009 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:   /s/ Deborah Martin
DEBORAH L. MARTIN
Attorney for Defendant


## **ORDER ON STIPULATION FOR DISMISSAL**

The parties having so stipulated, this matter is hereby ordered DISMISSED WITH PREJUDICE.

DATED: July 24, 009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE